IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL TEED, | ) |
| | ) |
| Petitioner, | )   Civil Action No. 3:25-CV-28 |
| | ) |
| v. | )   Magistrate Judge Maureen P. Kelly |
| | ) |
| UNDERWOOD, *Warden FCI Loretto*, | )   Re: ECF No. 3 |
| | ) |
| Respondent. | ) |

**ORDER**

AND NOW, this 11th day of July, 2025, for the reasons stated in the Memorandum Opinion contemporaneously filed herewith, IT IS HERBEY ORDERED, ADJUDGED, and DECREED that Petitioner's Petitioner [*sic*] under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody, ECF No. 3 is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order he must file a notice of appeal within 30 days, as provided in Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

BY THE COURT,

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:   Daniel Teed
      38472-068
      Loretto
      Federal Correctional Institution
      Inmate Mail/Parcels
      P.O. Box 1000
      Cresson, PA 16630

      All counsel of record (*via* CM/ECF).